Ludomir A. Budzyn
BUDZYN IP LAW LLC
120 Eagle Rock Ave, Suite 328
East Hanover, NJ 07936
Phone: 973-486-4114

*Attorney for Defendant*
*Eventdex, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC | ) ) ) | Honorable Susan D. Wigenton |
| Plaintiff, | ) ) | Civil Action No. 2:22-cv-02722-SDW-CLW |
| Versus | ) ) ) | |
| EVENTDEX, LLC | ) ) | **DEFENDANT EVENTDEX'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Defendant. | ) ) ) | |
| | ) | **Motion date: July 18, 2022** |
| | ) | |

**TO:** ALL COUNSEL OF RECORD:

    **PLEASE TAKE NOTICE** that on July 18, 2022, or as directed by the Court thereafter, the undersigned attorney for Defendant Eventdex, LLC ("Eventdex") will move before the Honorable Susan D. Wigenton, U.S.D.J., at the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, for an Order granting its Motion for Judgment on the Pleadings.

    **PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Defendant Eventdex will rely upon the Memorandum of Law submitted herewith.

Dated: June 24, 2022                                       Respectfully submitted,

                                                                       **BUDZYN IP LAW, LLC**

                                                                       By: /s/ Ludomir A. Budzyn
                                                                           LUDOMIR A. BUDZYN, ESQ.
                                                                           120 Eagle Rock Avenue, Ste. 328
                                                                           East Hanover, NJ 07936
                                                                           Phone: 973-486-4114
                                                                           lbudzyn@budzyn-ip.com
                                                                           *Attorney for Defendant*
                                                                           *Eventdex, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June 2022, I caused a true and complete copy of the annexed Notice of Motion for Judgement along with Memorandum of Law and Proposed Order to be served on all other counsel of record through the Court's electronic case filing system addressed as follows:

Mark Aaron Kriegel, Esq.
MARK A. KRIEGEL, LLC
1479 Pennington Road
Ewing, N.J. 0861
Phone: 609-883-5133
mkriegel@kriegellaw.com

*Attorney for Plaintiff SCANNING TECHNOLOGIES INNOVATIONS, LLC*

/s/ Ludomir A. Budzyn
LUDOMIR A. BUDZYN, ESQ.
lbudzyn@budzyn-ip.com