## Law Office of Mark A. Kriegel, LLC
### 1479 Pennington Rd.
### Ewing, NJ 08618

Mark A. Kriegel　　　　　　　　　　　　　　　　　　Phone:　609-883-5133
Admitted in NJ & NY　　　　　　　　　　　　　　　　Fax:　　609-450-7237
　　　　　　　　　　　　　　　　　　　　　　　　　　E-Mail:　mkriegel@kriegellaw.com

June 30, 2022

<u>Via ECF</u>
Clerk of the United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Rm 4015
Newark, NJ 07101

　　　　Re:　　*Scanning Technologies Innovations, LLC. v. Eventdex, LLC*
　　　　Dkt. No.:　2:22-cv-02722-SDW-CLW

Dear Sir or Madam:

　　Pursuant to Local Civ. Rule 6.1 and 7.1(d)(5), Plaintiff respectfully requests a two-week extension of the return date of Defendant, Eventdex, LLC's Motion for Judgment on the Pleadings [Doc. 8-1] (hereinafter "Motion"). On June 24, 2022, Defendant filed its Motion and the current deadline for Plaintiff to respond to Defendant's Motion is July 5, 2022. A two-week extension would make the new Motion Date August 1, 2022, with opposition due July 18, 2022, and any reply to opposition due July 25, 2022. No other extensions have been requested.

　　Thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Yours,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Kriegel*

　　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Kriegel

cc:　　Ludomir A. Budzyn, Esq. (Via E-Mail and ECF)
　　　　Jay Johnson, Esq. (Via E-Mail and ECF)