IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, § § § | CASE NO.: 2:22-cv-02722-SDW-CLW |
| Plaintiff, § § | PATENT CASE |
| vs. § § | |
| EVENTDEX, LLC, § § | |
| Defendant. § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" and/or "STI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Eventdex, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: July 13, 2022.                              Respectfully submitted,

                                                   */s/ Mark A. Kriegel*
                                                   **MARK KRIEGEL**
                                                   **LAW OFFICE OF MARK A. KRIEGEL, LLC**
                                                   1479 Pennington Rd.
                                                   Ewing, NJ 08618
                                                   (609) 883-5133
                                                   Fax: (609) 450-7237
                                                   mkriegel@kriegellaw.com

                                                   **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on July 13, 2022. Parties may access the foregoing through the Court's system.

                                        */s/ Mark A. Kriegel*
                                        **MARK KRIEGEL**